# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-01414-JLS (DFMx) | Date | November 1, 2016 |
|---|---|---|---|
| Title | David L. Tripp, II v. Nationstar Mortgage, LLC, et al. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL**

This action was filed on June 24, 2016 in Orange County Superior Court and removed to this Court on July 29, 2016.  (*See* Doc. 1.)  The sole named defendant was not served before the case was removed, and it has not been served during the time this action has been pending before this Court.

Plaintiff mailed a copy of the summons and complaint on June 24, 2016, but Defendant did not execute and return the Acknowledgment of Receipt as required by California law.  (*See* Doc. 1 at 5-6 & 31-32.)  Specifically, although § 415.30 of the California Code of Civil Procedure allows a plaintiff to serve by mail, service is effective only if the party to be served executes and sends by return mail to plaintiff a written acknowledgment of receipt of summons.  Cal. Code Civ. P. § 415.30(c)-(d).  The Federal Rules of Civil Procedure has a similar provision that requires the defendant to execute and return a waiver.  *See* Fed. R. Civ. P. 4(d).

Where a plaintiff fails to effectuate service within 90 days of the filing of the complaint, the Court must dismiss it.  Fed. R. Civ. P. 4(m).

Accordingly, plaintiff is hereby ORDERED to show cause in writing no later than **November 8, 2016,** why this action should not be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedures.  The filing of a proof of service (evidencing proper service in full compliance with the federal rules) on or before the date upon which the response is due will be deemed a satisfactory response to this Order to Show Cause.  No oral argument will be heard unless otherwise ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

:

Initials of Preparer   tg

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-01414-JLS (DFMx) | Date | November 1, 2016 |
|---|---|---|---|
| Title | David L. Tripp, II v. Nationstar Mortgage, LLC, et al. | | |